CAROL K. SHANNON v. JOSEPH G. SHANNON.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DE LISA.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER CHRISTION.

May 8, 1978. Petition for certification denied. (See 158 *N. J. Super.* 450)

STATE OF NEW JERSEY v.
ONE (1) FORD VAN, ECONOLINE.

May 16, 1978. Petition for certification denied. (See 154 *N. J. Super.* 326)

STATE OF NEW JERSEY v.
ONE (1) FORD VAN, ECONOLINE.

May 16, 1978. Cross-Petition for certification denied. (See 154 *N. J. Super.* 326)

STATE OF NEW JERSEY v. HENRY L. FRAZIER.

May 16, 1978. Petition for certification denied.